CHARLES GOODMAN, complainant-appellant,

*v.*

JOHN A. BOEHME et al., defendants-appellees.

[Submitted October term, 1937.  Decided January 26th, 1938.]

*Mr. Charles S. Okin,* for the complainant-appellant.

*Messrs. Matlack & Lautman,* for the defendants-appellees.

PER CURIAM.

The decree dismissing the bill of complaint will be affirmed. The complainant having chosen his remedy in a court of law after judgment is bound by his election.  *G. O. K. Enterprises, Inc.,* v. *Moos, 116 N. J. Eq. 175.*

*For affirmance*—PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ.  13.

*For reversal*—None.